IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AVERY JOSPEH BRADSHAW,<br><br>Defendant. | CR 20-88-BLG-DLC<br><br>ORDER |

Before the Court is Defendant Avery Joseph Bradshaw's First Motion to Suppress.  (Doc. 16.)  Pursuant to the Court's Scheduling Order, every motion to suppress must be accompanied by the supporting factual documentation, including but not limited to relevant affidavits, tapes (police video or audio recordings), or other relevant documents (such as police reports).  (Doc. 14 at 3.)  This factual basis has not yet been provided.  Accordingly,

IT IS ORDERED that Defendant shall submit the relevant factual documentation on or before February 3, 2021.

DATED the 29th day of January, 2021.

_____
Dana L. Christensen, District Judge
United States District Court