IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-88-BLG-DLC |
| Plaintiff, | |
| vs. | ORDER |
| AVERY JOSPEH BRADSHAW, | |
| Defendant. | |

Before the Court is the Government's Motion for Leave to File Exhibits Under Seal and Motion to File Conventional Exhibits.  (Doc. 30.)  The motion is unopposed.  (*Id.* at 2.)  Accordingly,

IT IS ORDERED that the Motion (Doc. 30) is GRANTED.

DATED the 18th day of February, 2021.

Dana L. Christensen, District Judge
United States District Court

1